KAREN P. HEWITT
United States Attorney
ALESSANDRA P. SERANO
Assistant U.S. Attorney
California State Bar No. 204796
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7084
Email: alessandra.p.serano@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EARL VENTON BUCHANAN,<br><br>Defendant. | Criminal Case No. 06CR1612-H<br><br>Date:   August 18, 2008<br>Time:   2:00 p.m.<br><br>DECLARATION OF SPECIAL AGENT TIMOTHY BALLARD IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

I, Special Agent Timothy Ballard, declare as follows:

1. I am a Special Agent for the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). I have been employed by ICE since October 2002. I am currently assigned to the Cyber-Crimes unit in El Centro, California. I am also currently assigned to the Internet Crimes Against Children Task Force ("ICAC") located in San Diego County, California.

2. On July 3, 2006, at approximately 5:30 p.m., I received a telephone call from my supervisor, Special Agent Leticia Navarro, who advised me that Customs and Border Protection Officers at the Calexico Port of Entry had found child pornography tapes in a vehicle driven by a man who was with a young boy. I was also informed there was a potential child victim. I recall this was the

1  approximate time of the telephone call because I just sat down to have dinner with my family at
2  home. We eat dinner around 5:30 p.m. every day.
3  3.  I left my residence in the El Centro area about 10 minutes after receiving Agent Navarro's
4  telephone call and drove to my office, which is approximately 5-10 minutes away, to gather my
5  paperwork and tools that might be needed to assist me in the investigation. I was in my office for
6  approximately 10-15 minutes. I left my office and drove to the Calexico Port of Entry and arrived
7  at the Port approximately 15 minutes later.
8  4.  I arrived at the Calexico Port of Entry at approximately 6:15 p.m. where I sat parked in my vehicle
9  talking on the phone with my supervisor and Child Protective Services ("CPS"). I contacted CPS
10  because there was a potential child victim. I was in the phone for approximately 15 minutes.
11  5.  On July 3, 2006, at approximately 6:30 p.m., I went to the secondary inspection office and
12  officially seized all the evidence from Customs and Border Protection ("CBP"), including the
13  videotapes, video camera and other items found in Defendant's vehicle. The seizing time of 6:30
14  p.m. is accurately reflected on the SEACATS report, attached to Defendant's Reply motion as
15  Exhibit A. ICE officially seized the evidence at 6:30 p.m.; prior to that time, CBP had custody of
16  the evidence.
17  6.  Once at the Port of Entry, I reviewed all the available evidence prior to speaking with Defendant
18  Buchanan. I spoke to CBP Officers Apolinar and Ruiz about the incident and what they had
19  found. I also searched the vehicle Buchanan was driving along with the other items seized from
20  the vehicle. I also reviewed the tape depicting an adult male orally copulating a prepubescent
21  male.
22  7.  On July 3, 2006, at approximately 9:40 p.m., Special Agent Harvey and I interviewed Defendant
23  Buchanan. I advised Buchanan of his <u>Miranda</u> rights. A true and correct copy of the Statement of
24  Rights form is attached as Exhibit 3 to the Government's Opposition to Defendant's Motion. I
25
26
27
28

1  watched Buchanan initial each right on the top part of the form. At approximately 9:42 p.m., I
2  watched Buchanan sign the waiver of rights form acknowledging that he waived his rights.
3  8.  The handwritten times reflected on the bottom portion of the Statement of Rights form (Ex. 3)
4  were written by me. I wrote "5:30 p.m.", the time Buchanan was taken into custody by CBP. I
5  wrote the date of "July 3, 2006" and the time "9:42 p.m." My signature is the first witness
6  signature. Below my signature is Special Agent Harvey's signature.
7
8  I declare under penalty of perjury under the laws of the State of California and the United States
9  that the foregoing is true and correct to the best of my knowledge and belief.
10
11 Dated: August 15, 2008.
12                                         TIMOTHY BALLARD

3

06CR1612-H